UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AUTUMN PAULS,<br><br>        Petitioner,<br><br>   v.<br><br>BRENT REINKE, Warden, BRIAN UNDERWOOD,<br><br>        Respondents. | Case No. 4:08-CV-00519-EJL<br><br>**JUDGMENT** |

    Based on the Court's Memorandum Decision and Order, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED: **March 14, 2011**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

JUDGMENT - 1